United States District Court

Jimmy D Smith
    Plaintiff

v.

John O'conner ET. Al.
    Defendants

310CV1437 AWT
FILED
2010 SEP -8 P 2:48

## Motion Requesting To Proceed In Forma Pauperis

Pursuant to 28 U.S.C. § 1915(a), the plaintiff in the above-caption matter moves this honorable court respectfully, requesting to proceed in forma pauperis as a poor person.

The plaintiff asserts "Any court of the United States may authorize the commencement, prosecution, or defense of any suit, action, civil or criminal, or appeal therein, without prepayment of fees & costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security thereof or therefor.

A Declaration in Support of Request to Proceed In Forma Pauperis... Is attached.

## ORDER

The motion/Petition being read by the court, and the declaration attached, it is hereby ordered:

Granted/Denied

By The Court

_____
Judge/clerk

_____
Date

### Certification

The plaintiff certify to this court for good cause shown that this is his first attempt requesting from this court the right to proceed In Forma Pauperis. That there are no counsels on record, on this 6th day, September 2010.

By: *Jimmy D. Smith*
Jimmy Smith 334426
Radgawski Corr. Inst.
986 Norwich – New London Tpke
Uncasville, CT. 06382

Jimmy D. Smith
    Plaintiff

v.

John O'conner ET. Al
    Defendants

### Declaration In Support of Request To Proceed In Forma Pauperis

1. I am the plaintiff in the above entitled action. I make this declaration in support of my application for leave/request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. I am incarcerated in the Radgowski Correctional facility.

3. I work as a second shift tereman and recieve $10.50 every other week, but only take in $8.40, as (20)% is taken every time I recieve funds to pay off previous federal & state civil suit's.

4. The balance in my prison account as I know it today is under $9.00, and I have no other source of income.

5. I have received approximate under $300.00 in gifs

from family members over the past twelve months.

6. I do not own any cash, bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property.

7. I have at least (5) dependents:
   (A) Lakeisha Anderson Smith
   (B) Oriana Tate
   (C) Le shawn Parrish
   (4) Isaiah Thomas
   (5) Travonda Moody

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted

By: *Jimmy Smith*
Jimmy Smith 334926
Radgowski Corr Facility
986 Norwich-New London Tpke
Uncasville, CT. 06382