1

| | |
|---|---|
| CASE 3:10-CV-01437(AWT) | : U.S. DISTRICT COURT |
| JIMMY D. SMITH | : J.D. OF HARTFORD |
| V | : |
| JOHN O'CONNER, ET AL | : JUNE 15, 2011 |

## NOTICE OF APPEAL

Pursuant to Rule 3(d), Rule 4(a)(c), and Rule 24(c), Fed. R. App. P., notice is hereby given that Jimmy Smith, Pro Se Plaintiff in the above-caption matter, who is a Connecticut state prisoner, be allowed to proceed In Forma Pauperis and appeals to the United States Court of Appeal for the 2nd Circuit from the final judgment entered in this action on June 3, 2011, by Honorable Alvin W. Thompson, United States District Judge. The plaintiff was granted to file his complaint against defendants In Forma Pauperis in the U.S. District Court, District of Connecticut, plaintiff prays respectfully that this court permits him to continue to proceed in like manner, as it was already established that plaintiff is financially unable to obtain adequate defense. And by rule may proceed In Forma Pauperis without further authorization. Rule 24(a) Fed. R. App. P.

Pursuant to Rule 3(d), Fed. R. App. P. The clerk is respectfully requested to serve notice of the appeal to defendants through their Counsel, Steven R Strom, Assistant State Attorney General, 110 Sherman St., Hartford, CT. 06105.

2

## CERTIFICATION

Plaintiff certify to this court that the notice of appeal is in good faith for good cause shown, and declares under penalty of perjury, pursuant to 28 U.S.C. 1746, that claim against defendants has merit and states an argument of law and facts.

BY: *Jimmy O Smith*
Jimmy O Smith  # 334426
Willard/Cybulski CORR. Inst.
391 Shaker Road - P.O.B. 2400
Enfield, CT. 06083-2400